UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

TERESA A. JONES,                          )
                                          )
          Plaintiff,                      )
v.                                        )          No. 1:10-CV-164
                                          )          Chief Judge Curtis L. Collier
COMMISSIONER OF SOCIAL SECURITY,          )
                                          )
          Defendant.                      )

## JUDGMENT ORDER

On April 4, 2011, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 19). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1)     Plaintiff's motion for summary judgment (Court File No. 12) is **DENIED**;[1]

(2)     Defendant's motion for summary judgment (Court File No. 17) is **GRANTED**; and

(3)     The Commissioner's decision, denying benefits is **AFFIRMED** and the action is **DISMISSED WITH PREJUDICE**.


**SO ORDERED.**

**ENTER:**

                                   **/s/**_____
                                   **CURTIS L. COLLIER**
                                   **CHIEF UNITED STATES DISTRICT JUDGE**

_____

[1]Plaintiff appears to have inadvertently filed a motion for extension of time instead of her motion for judgment on the pleadings (Court File No. 11), but her memorandum (Court File No. 12) clearly states the relief she seeks, and Defendant has responded as though her request for relief is properly before the Court. The Court therefore construes the memorandum as a motion for judgment on the pleadings.